IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| RICARDO NOBLE, )<br>)<br>)    Plaintiff, )<br>)<br>vs. )<br>)<br>JOHN WETZEL, SECRETARY OF PA )<br>D.O.C.; ROBERT GILMORE, SCI GREENE )<br>SUPERINTENDENT; and STEVE<br>LONGSTRETH, SCI GREENE PRISON<br>COUNSELOR;<br><br>   Defendants, | 2:18-CV-01160-MJH |

## ORDER

Following *de novo* review of the relevant documents in the case, together with the Report and Recommendation (ECF No. 220), and for the reasons stated in this Court's Memorandum Order (ECF No. 223), the following order is entered:

AND NOW, this 23rd day of December, 2021, it is hereby ORDERED as follows:

The Magistrate Judge's Report and Recommendation (ECF No. 220), dated November 16, 2021, is adopted as the Opinion of the Court.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment (ECF No. 193), is GRANTED.  Judgment is entered in favor of Defendants and against Mr. Noble.  The Clerk shall mark this case closed.

By the Court:

_____
Marilyn J. Horan
United States District Judge

cc:   Ricardo Noble

BX-9351
SCI Houtzdale
P.O. Box 1000
Houtzdale, PA 16698